# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Willams, Mary Ellen C. | **2. Court or Organization**<br><br>US Court of Federal Claims | **3. Date of Report**<br><br>10/11/2018 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>Judge | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |
| **7. Chambers or Office Address**<br><br>717 Madison Place, N.W.<br>Suite 612<br>Washington, DC 20439 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Content Advisory Board | ABA Section of Intellectual Property Law |
| 2. | Council Member, Section Delegate | ABA Section of Public Contract Law |
| 3. | Member - Board of Visitors | Duke University School of Law |
| 4. | Adjunct Professor | American University Washington College of Law |
| 5. | Adjunct Professor | Johns Hopkins University |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | American University Washington College of Law | $6,900.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-employed - Financial Advisor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA and Administrative Office of the U.S. Courts | 2/3/2017-2/6/2017 | Miami, Florida | ABA Mid-Year Meeting | Lodging/Transportation/Food |
| 2. | ABA | 3/18/2017 | Annapolis, MD | ABA Federal Procurement Institute | Transportation |
| 3. | New York Intellectual Property Law Association | 3/30/2017–4/1/2017 | New York, NY | NYIPLA Annual Judges' Dinner | Lodging/Transportation |
| 4. | Duke University School of Law | 4/6/2017-4/8/2017 | Durham, NC | Board of Visitors Meeting | Lodging/Transportation |
| 5. | ABA | 8/10/2017-8/15/2017 | New York, NY | ABA Annual Meeting | Lodging/Transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Willams, Mary Ellen C.** | 10/11/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | ABA | 10/30/2017 | Chicago, IL | ABA Intellectual Property Law Fall Meeting | Transportation |
| 7. | ABA | 11/3/2017-11/4/2017 | Louisville, KY | ABA Public Contract Law Fall Meeting | Lodging/Transportation |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Time Warner Common Stock (TWX) | A | Dividend | J | T | | | | | |
| 2. Time Inc. New (TIME) | A | Dividend | J | T | | | | | |
| 3. Abbott Lab Common Stock (ABVIE) | A | Dividend | J | T | Sold (part) | 11/16/17 | J | | |
| 4. Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 5. Wells Fargo Checking | A | Interest | K | T | | | | | |
| 6. Riversource Variable Universal Life Ins. (H) | | | | | | | | | |
| 7. -Fixed Account | | None | J | T | | | | | |
| 8. -VP Aggressive Class 4 | | None | L | T | | | | | |
| 9. Riversource Variable Universal Life Ins. (H) | | | | | | | | | |
| 10. -Fixed Account | | None | J | T | | | | | |
| 11. -VP Mod Aggressive Class 4 | | None | M | T | | | | | |
| 12. Wells Fargo (MM) | A | Interest | L | T | | | | | |
| 13. Wells Fargo Checking | A | Interest | K | T | | | | | |
| 14. Fidelity Adv. Level Co. Stock-A (FLSAX) | A | Dividend | K | T | | | | | |
| 15. Fidelity Adv. Stock Sel. Cap Cl. A (FMAMX) | A | Dividend | L | T | | | | | |
| 16. Fidelity Adv. Diverse Int'l-A (FDVAX) | A | Dividend | J | T | | | | | |
| 17. Ameriprise MM | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ameriprise Cash | A | Interest | J | T | | | | | |
| 19. Pimco Income Cl. A (PONAX) | D | Dividend | M | T | | | | | |
| 20. Ameriprise (AMP) | B | Dividend | L | T | | | | | |
| 21. Nuveen Core Div Cl. A (NCDAX) | A | Dividend | K | T | | | | | |
| 22. Catalyst Insider Buying CLA (INSAX) | A | Dividend | K | T | Sold | 04/04/17 | K | A | |
| 23. IShares MBS ETF (MBB) | A | Dividend | K | T | | | | | |
| 24. Vanguard High Dividend Yield ETF (VYM) | C | Dividend | M | T | | | | | |
| 25. Vanguard Info Tech ETF (VGT) | B | Dividend | M | T | | | | | |
| 26. Vanguard Telecom Sertvices (ETF) (VOX) | C | Dividend | L | T | | | | | |
| 27. Abbvie Inc (ABBV) | B | Dividend | K | T | | | | | |
| 28. Altria Group Inc (MO) | B | Dividend | K | T | | | | | |
| 29. BCE Inc New (BCE) | B | Dividend | K | T | | | | | |
| 30. FT NYSE ARCA Biotech ETF (FBT) | | None | L | T | | | | | |
| 31. General Electric Company (GE) | B | Dividend | | | Sold | 07/03/17 | K | B | |
| 32. Johnson & Johnson (JNJ) | A | Dividend | K | T | | | | | |
| 33. Kimberly Clark Corp (KMB) | A | Dividend | | | Sold | 01/03/17 | K | A | |
| 34. Merck & Company Inc New (MRK) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. National Grid PLC ADR (NGG) | | None | | | Sold | 01/03/17 | K | | |
| 36. Paychex Inc (PAYX) | A | Dividend | K | T | | | | | |
| 37. PWRSH QQQ ETF (QQQ) | A | Dividend | L | T | | | | | |
| 38. Realty Income Corp (O) | | None | | | Buy (add'l) | 01/03/17 | J | | |
| 39. Realty Income Corp (O) | | None | | | Sold | 10/02/17 | K | A | |
| 40. Dominion Res Inc VA New (D) | A | Dividend | K | T | | | | | |
| 41. FT NYSE ARCA Biotech ETF (FBT) | A | None | L | T | | | | | |
| 42. GlaxoSmithKline PLC ADR (GSK) | A | Dividend | K | T | | | | | |
| 43. Maxim Integrated Prods (MXIM) | A | Dividend | K | T | Sold (part) | 01/03/17 | J | | |
| 44. Nucor Corp (NUE) | D | Dividend | | | Sold | 01/03/17 | K | | |
| 45. Hlthcr Sel Sect SPDR ETF (XLV) | A | None | J | T | | | | | |
| 46. United Bankshares Inc WV (UBSI) | A | Dividend | K | T | Sold (part) | 01/03/17 | J | | |
| 47. Clorox Company (CLX) | A | Dividend | K | T | Buy (add'l) | 01/03/17 | J | | |
| 48. Cracker Barrel Old Ctry (CBRL) | A | None | K | T | | | | | |
| 49. Target Corp (TGT) | A | Dividend | | | Sold | 04/04/17 | K | A | |
| 50. Lockheed Martin (LMT) | D | Dividend | | | Sold | 10/02/17 | K | D | |
| 51. Cisco Systems (CSCO) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Glaxo SmithKline PLC (GSK) | A | Dividend | | | Sold | 04/04/17 | K | | |
| 53. Microsoft (MSFT) | A | Dividend | K | T | Sold (part) | 01/03/17 | J | | |
| 54. Simon Property Group (SPG) | A | Dividend | K | T | Buy (add'l) | 01/03/17 | J | | |
| 55. Southern Co (SO) | A | Dividend | K | T | | | | | |
| 56. United Bancshares Inc WV (UBSI) | A | Dividend | | | Sold | 01/03/17 | J | | |
| 57. Vanguard High Div Yield ETF (VYM) | B | Dividend | K | T | | | | | |
| 58. Vanguard Info Tech ETF (VGT) | A | Dividend | K | T | | | | | |
| 59. Vanguard Telecom (VOX) | B | Dividend | K | T | | | | | |
| 60. Verizon Communications (VZ) | A | Dividend | K | T | | | | | |
| 61. Metlife (MET)/Brigthouse | A | Dividend | K | T | Sold (part) | 01/03/17 | J | | |
| 62. Williams Family Rev Trust | | | | | | | | | |
| 63. - Cash Ameriprise MM | A | Interest | L | T | | | | | |
| 64. - Eaton Vance Floating Rate CL A (EVBLX) | A | Dividend | K | T | | | | | |
| 65. - Eaton Vance Short Duration Govt Income CL A (EALDX) | A | Dividend | J | T | | | | | |
| 66. - Eaton Vance Global Macro Absolute Return Advntg CL A (EGRAX) | A | Dividend | K | T | | | | | |
| 67. - Federated High Income Bond CL A (FHIIX) | A | Dividend | J | T | | | | | |
| 68. - T Rowe Price Maryland Tax Free Bond (MDXBX) | D | Interest | N | T | Sold (part) | 06/27/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Medtronic PLC (MDT) | A | Dividend | J | T | | | | | |
| 70. - Alphabet Inc CL C (GOOG) | A | Dividend | J | T | | | | | |
| 71. - Alphabet Inc CL A (GOOGL) | A | Dividend | J | T | | | | | |
| 72. - Amazon.Com Inc (AMZN) | A | Dividend | K | T | | | | | |
| 73. - Ameriprise Financial Inc (AMP) | A | Dividend | J | T | | | | | |
| 74. - Apple Inc (AAPL) | A | Dividend | K | T | | | | | |
| 75. - Celgene Corp (CELG) | A | Dividend | J | T | | | | | |
| 76. - Cisco Systems Inc. (CSCO) | A | Dividend | J | T | | | | | |
| 77. - Coca-Cola Company (KO) | A | Dividend | J | T | | | | | |
| 78. - Colgate-Palmolive Company (CL) | A | Dividend | J | T | | | | | |
| 79. - Comcast Corp CL A New (CMCSA) | A | Dividend | J | T | | | | | |
| 80. - Conocophillips (COP) | A | Dividend | J | T | | | | | |
| 81. - Walt Disney Co (DIS) | A | Dividend | J | T | | | | | |
| 82. - Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 83. - Gilead Sciences Inc. (GILD) | A | Dividend | J | T | | | | | |
| 84. - Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 85. - Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/11/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Mastercard Inc CL A (MA) | A | Dividend | J | T | | | | | |
| 87. - McDonalds Corp (MCD) | A | Dividend | J | T | | | | | |
| 88. - Merck & Company Inc New (MRK) | A | Dividend | J | T | | | | | |
| 89. - Metlife Inc. (MET) | A | Dividend | J | T | | | | | |
| 90. - Netflix Inc. (NFLX) | A | Dividend | J | T | | | | | |
| 91. - Oracle Corp (ORCL) | A | Dividend | J | T | | | | | |
| 92. - PNC Financial Servcices Group Inc. (PNC) | A | Dividend | J | T | | | | | |
| 93. - Proctor & Gamble Company (PG) | A | Dividend | J | T | | | | | |
| 94. - Sector Healthcare Select Sector SPDR ETF (XLV) | A | Dividend | K | T | | | | | |
| 95. - Sector Energy Select Sector SPDR ETF (XLE) | A | Dividend | J | T | | | | | |
| 96. - Sector Financial Select Sector SPDR ETF (XLF) | A | Dividend | J | T | | | | | |
| 97. - Sector Industrial Select Sector SPDR ETF (XLI) | A | Dividend | K | T | | | | | |
| 98. - Select Sector TR Real Estate SPDR ETF (XLRE) | A | Dividend | J | T | | | | | |
| 99. - Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 100. - Under Armour Inc CL A (UAA) | | None | J | T | | | | | |
| 101. - Under Armour Inc CL C (UA) | | None | J | T | | | | | |
| 102. - United Technologies Corp (UTX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Verizon Communications Inc. (VZ) | A | Dividend | J | T | | | | | |
| 104.  - Walgreens Boots Alliance Inc. (WBA) | A | Dividend | J | T | | | | | |
| 105.  GTW/ACW Irrev Trust FBO JTW | A | Interest | N | T | | | | | |
| 106.  GTW/ACW Irrev Trust FBO JAW | A | Interest | N | T | | | | | |
| 107.  Fidelity Advisor Strategic Income CL I (FSRIX) (X) | B | Dividend | K | T | Buy | 10/02/17 | J | | |
| 108.  Amgen, Inc (AMGN) (X) | A | Dividend | K | T | Buy | 04/04/17 | K | | |
| 109.  Archer Daniels Midland Company (ADM) (X) | A | Dividend | K | T | Buy | 01/03/17 | K | | |
| 110.  Carnival Corp Paired (CCL) (X) | A | Dividend | K | T | Buy | 01/05/17 | K | | |
| 111.  Nuveen Large Cap Value CL A (NNGAX) (Y) | B | | K | T | | | | | |
| 112.  IShares Core S&P 500 ETF (IVV) (X) | A | Dividend | L | T | Buy | 04/04/17 | K | | |
| 113.  Dow Chemical Company (DOW) (X) | A | Dividend | K | T | Buy | 01/03/17 | K | | |
| 114.  Home Depot Inc (HD) (X) | A | Dividend | K | T | Buy | 07/03/17 | K | | |
| 115.  Intel Corp (INTC) (X) | A | Dividend | K | T | Buy | 10/02/17 | K | | |
| 116.  Intl Business Machines Corp (IBM) (X) | A | Dividend | K | T | Buy | 04/04/17 | K | | |
| 117.  JPMorgan Chase & Company (JPM) (X) | A | Dividend | K | T | Buy | 07/03/17 | K | | |
| 118.  Public Storage (PSA) (X) | A | Dividend | K | T | Buy | 10/02/17 | K | | |
| 119.  Fidelity Advisor Strategic Income CL A (FSTAX) (X) | | None | K | T | Buy | 01/03/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  National Grid PLC ADR (NGG) | | None | | | Redeemed | 01/12/17 | J | | |
| 121.  United Bankshares Inc WV (UBSI) | | | | | Sold (part) | 07/03/17 | J | A | |
| 122.  United Bankshares Inc WV (UBSI) | | | | | Sold (part) | 07/03/17 | J | A | |
| 123.  Charter Communications Inc New CL A (CHTR) (Y) | | | J | T | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 61 - Brighthouse was a partial spinoff of Metlife in 2017.

Part VII Line 110 - Nuveen Large Cap Value CL A was inadvertently omitted from last year's report.

Part VII Line 123 - Charter Communications Inc New CL A was inadvertently omitted from last year's report.

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/11/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Ellen C. Willams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544